**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 98-7136**

_____

DONZELL L. JACKSON,

Plaintiff - Appellant,

versus

THE COUNTY OF DINWIDDIE, Virginia; OFFICER
MARTIN, County Administrator; SAMUEL SHANDS,
Sheriff,

Defendants - Appellees.

_____

Appeal from the United States District Court for the Eastern District of Virginia, at Richmond. Robert E. Payne, District Judge.
(CA-97-917)

_____

Submitted: April 15, 1999          Decided: April 21, 1999

_____

Before NIEMEYER and HAMILTON, Circuit Judges, and PHILLIPS, Senior Circuit Judge.

_____

Dismissed by unpublished per curiam opinion.

_____

Donzell L. Jackson, Appellant Pro Se.

_____

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Jackson appeals the district court's order denying relief on his 42 U.S.C.A. § 1983 (West Supp. 1998) complaint under 28 U.S.C.A. § 1915A (West Supp. 1998). We have reviewed the record and the district court's opinion accepting the magistrate judge's recommendation and find that this appeal fails to state a claim upon which relief may be granted. Accordingly, we dismiss the appeal on the reasoning of the district court. Jackson v. County of Dinwiddie, No. CA-97-917 (E.D. Va. July 1, 1998). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED

2